IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

NORFOLK DIVISION

FILED
IN OPEN COURT

JUN 2 2 2023

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SAMUEL SWINNEY,<br><br>Defendant. | CRIMINAL NO. 2:23-CR-82<br><br>21 U.S.C. § 841(a)(1) & (b)(1)(C)<br>Distribution of Cocaine<br>(Counts 1-2)<br><br>21 U.S.C. § 841(a)(1) & (b)(1)(C)<br>Possession with Intent to Distribute Cocaine<br>(Count 3)<br><br>18 U.S.C. § 924(d); 21 U.S.C. § 853; 28 U.S.C. § 2461<br>Criminal Forfeiture |

### INDICTMENT

June 2023 Term – at Norfolk, Virginia

THE GRAND JURY CHARGES THAT:

#### COUNT ONE
(Distribution of Cocaine)

On or about January 27, 2023, in Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, SAMUEL SWINNEY, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

#### COUNT TWO
(Distribution of Cocaine)

On or about January 31, 2023, in Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, SAMUEL SWINNEY, did knowingly and intentionally distribute a

1

mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## COUNT THREE
(Possession with Intent to Distribute Cocaine)

On or about February 23, 2023, in Portsmouth, Virginia, in the Eastern District of Virginia, the defendant, SAMUEL SWINNEY, did knowingly and intentionally possess with a mixture and substance containing a detectable amount Cocaine, a Schedule II controlled substance.

(In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).)

## CRIMINAL FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1. The defendant, if convicted of any of the violations alleged in of this Indictment, shall forfeit to the United States, as part of the sentencing pursuant to Federal Rule of Criminal Procedure 32.2:

    a. Any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the violation;

    b. Any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violation; and

    c. Any firearm or ammunition involved in or used in the violation.

2. If any property that is subject to forfeiture above is not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

(In accordance with Title 18, United States Code, Section 924(d); Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461(c).)

*United States v. Samuel Swinney*
2:23-CR- 82

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

A TRUE BILL:

**REDACTED COPY**

_____
FOREPERSON

JESSICA D. ABER
UNITED STATES ATTORNEY

By: _____
Amanda L. Cheney
Assistant United States Attorney
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, VA 23510
Office Number: 757-441-6331
Facsimile Number: 757-441-3205
Email Address: Amanda.Cheney@usdoj.gov